**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6211**

ANDRE N. CUFFEE,

                    Plaintiff – Appellant,

            v.

DANIEL T. MAHON, Warden; T. ROSE, Safety Specialist,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:13-cv-00405-RBS-TEM)

Submitted:  June 26, 2014              Decided:  July 1, 2014

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre N. Cuffee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre N. Cuffee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to pay the partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cuffee v. Mahon, No. 2:13-cv-00405-RBS-TEM (E.D. Va. Jan. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED